## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                 Case No. 10-CR-172

COREY G. WILLIAMS,

        Defendant.

_____

## ORDER

On November 11, 2010, United States Magistrate Judge Aaron E. Goodstein issued a recommendation that this court: (1) grant defendant Corey G. Williams' motion to suppress statements "with respect to questions [posed to him during his arrest] regarding . . . money recovered from Williams' pocket and whether there were any guns or drugs in the residence"; and (2) deny the defendant's remaining motions to suppress. (Docket #16). Neither party has filed a timely objection pursuant to the timeline promulgated by 28 U.S.C. § 636(b)(1), Fed. R. Crim. P. 59(b)(2), and General L.R. 72(c). After reviewing the recommendation, the court, finding no clear error, adopts it in its entirety and grants in part and denies in part Williams' motion to suppress. *See Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) (holding that a district judge reviews the unobjected-to portions of the magistrate judge's recommendation for clear error).

Accordingly,

**IT IS ORDERED** that the November 11, 2010 recommendation of Magistrate Goodstein that defendant's motion to suppress evidence be granted in part and denied in part (Docket #16) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that defendant Corey G. Williams' motion to suppress evidence (Docket #8) be and the same is hereby **GRANTED in part** and **DENIED in part**; Williams' motion to suppress be and the same is hereby **GRANTED** with respect to the questions regarding the money recovered from Williams' pocket and whether there were any guns in the residence, and be and the same is hereby **DENIED** as to all other grounds.

Dated at Milwaukee, Wisconsin, this 26th day of November, 2010.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge